AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

KA

| | |
|---|---|
| In the Matter of the Search of ) | |
| U.S. Postal Service Priority Mail parcel bearing tracking no. ) ) 9505 5138 1257 4268 4406 49. ) ) ) ) | Case No. 2:24-mj-471 |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Southern     District of     Ohio
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A to the affidavit in support of the Search Warrant application.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B to the affidavit in support of the Search Warrant application.

**YOU ARE COMMANDED** to execute this warrant on or before     October 11, 2024     *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     S.D. OF OHIO, CLERK OF COURTS     EPD     .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:     September 27, 2024  At 11:05 AM

Elizabeth A. Preston Deavers
United States Magistrate Judge

City and state:     Newark, Columbus, Ohio

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

**Return**

| Case No.: 2:24-mj-471 | Date and time warrant executed: 9/27/2024 at 12:09PM | Copy of warrant and inventory left with: NA |
|---|---|---|

Inventory made in the presence of : Inspector J. Koble

Inventory of the property taken and name of any person(s) seized:

A Parcel bearing tracking # 9505 5138 1257 4268 4406 49, approximately 464g of a green leafy substance appearing to be marijuana, and all packaging materials.

**Certification**

   I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/27/2024

*Scott Emmick*

*Executing officer's signature*

Scott L. Emmick- Postal Inspector

*Printed name and title*